**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| Letekidan Teklehaimanot, | ) | Case No. 22-03403 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Donald R. Cassling |

**NOTICE OF MOTION**

To:   *See Attached Service List*

PLEASE TAKE NOTICE that on **July 5, 2022 at 9:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in his place, and present **Debtor's Motion to Reopen Case, Vacate Discharge Order and Waive Reopening Fee,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on Judge Cassling's webpage on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Letekidan Teklehaimanot

By: Julia Jensen Smolka
    Her attorney

1

Julia Jensen Smolka,# 6272466
Robbins DiMonte, Ltd.
216 W. Higgins Road
Park Ridge, IL 60068
Phone: 847-698-9600
Fax: 847-698-6623
Email: jsmolka@robbinsdimonte.com

2

## CERTIFICATE OF SERVICE

      I, Jenna Tronina, a non-attorney, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached listed at the address shown and by method indicated on the list on June 27, 2022 by 5:00 p.m.

                                                  /s/ Jenna Tronina

## SERVICE LIST

**Via ECF**

Patrick S. Layng
Office of U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

N. Neville Reid
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

**Via Email**
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Email: Claims_RMSC@PRAGroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
|    Letekidan Teklehaimanot, | ) | Case No. 22-03403 |
| | ) | |
|           Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Donald R. Cassling |

**DEBTOR'S MOTION REOPEN CASE, VACATE
DISCHARGE ORDER AND WAIVE REOPENING FEE**

Letekidan Teklehaimanot ("Debtor"), by her undersigned attorney, Julia Jensen Smolka, submits this Motion to Vacate Discharge Order. In support of this Motion, the Debtor states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on March 24, 2022.

2. The last date to object to Debtor's discharge was June 21, 2022.

3. On June 9, 2022 Debtor filed a Motion for Extension of Time to Object to Discharge so that the Debtor could executed a Reaffirmation Agreement (Dkt. No. 14) which was set for hearing on June 21, 2022.

4. On June 21, 2022 this Court granted Debtor's Motion to Extend Time to Object to Discharge. The order extended the discharge date until August 5, 2022.

5. On June 22, 2022, the Debtor's discharge order was entered at 6:00 a.m. CDT as Dkt. No. 15. See the ECF notice attached as **Exhibit A**.

6. On June 22, 2022, the order granting motion for extension of time to object to discharge was entered at 7:11 a.m. CDT as Dkt. No. 16. See the ECF notice attached as **Exhibit B.**

7.      On June 27, 2022, the case was closed, even though the motion to extend time was granted.

8.      Debtor seeks entry of an order which reopens the case and vacates the discharge order for the sole purpose to execute and file a Reaffirmation Agreement. Debtor seeks to waive the filing fee because the case should not have been closed.

Wherefore, the Debtor requests that the Court reopen the case and Chapter 7 discharge order that was entered as Dkt. No. 15 be vacated so that the Debtor can complete the Reaffirmation Agreement with Volkswagen.

                                              Respectfully submitted,

                                              Letekidan Teklehaimanot

                                              By: <u>Julia Jensen Smolka</u>
                                                     Her attorney

Julia Jensen Smolka,# 6272466
Robbins DiMonte, Ltd.
216 W. Higgins Road
Park Ridge, IL 60068
Phone: 847-698-9600
Fax: 847-698-6623
Email: jsmolka@robbinsdimonte.com